IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WILLIAM E. JOHNSON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-47 |
| v. | |
| WARDEN BROOKS L. BENTON, et al., | |
| Defendants. | |

**O R D E R**

After a careful, *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 19), to which Plaintiff filed objections, (doc. 21). Plaintiff alleges for the first time in his objections that Officer Straton, Unit Manager Love, and ADA Coordinator Worthen were made aware of Plaintiff's injuries, and his lack of treatment. (Id. at 1-2.)

While courts have the discretion to consider novel evidence, factual claims, and legal argument raised for the first time in an objection to an R&R, they are under no obligation to do so. Frone v. JP Morgan Chase & Co., 695 F. App'x 468, 472 (11th Cir. 2017) (concluding district judge has broad discretion in considering argument not presented to magistrate judge); Williams v. McNeil, 557 F.3d 1287, 1292 (11th Cir. 2009) (same). The Court chooses not to consider Plaintiff's new evidence here because Plaintiff had more than enough time to develop the record.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, and **DISMISSES** Defendants

Warden C. Betterson, Unit Manager Love, Correctional Officer Stratton, Nurse Jackson, Dr. Cifuentes, Deputy Warden P. Glenn, and Coastal State Prison from this case, **DISMISSES** Plaintiff's claims for ADA violations, GDOC policy violations, and deliberate indifference be dismissed for failure to state a claim upon which relief may be granted, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

      **SO ORDERED**, this 26th day of January, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA